

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2020

No. 04-20-00566-CV

**IN THE INTEREST OF A.H., ET AL CHILDREN,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA02438
Honorable Linda A. Rodriguez, Judge Presiding

## O R D E R

      This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The disposition of this appeal is governed by the standards set forth in rule 6.2 of the Texas Rules of Judicial Administration. *See* TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal was filed. *see id.* The reporter's record, which was due on December 3, 2020, has not been filed. It is therefore ORDERED that the reporter's record must be filed in this appeal **no later than December 14, 2020**. *See* TEX. R. APP. P. 35.3(c). Given the time constraints governing the disposition of this appeal, requests for extensions of time will be disfavored.

_____
Rebeca C. Martinez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court